JAMES BRENNAN, Appellant, v. ANNA T. PIPER, Individually and as Executrix of WILLIAM T. PIPER, Deceased, et al., Respondents.— Judgment of Monroe County Court and judgment of Rochester City Court reversed on the law and facts and a new trial granted in Rochester City Court, with costs to appellant to abide the event. Memorandum: The proof as shown in the record presented a question of fact as to contributory negligence. (*Schabel* v. *Onseyga Realty Co., Inc.*, 233 App. Div. 208; *McRickard* v. *Flint et al.*, 114 N. Y. 222.) The offered testimony as to the conversation held by the plaintiff with someone on the premises of the Park Avenue Garage should not have been excluded as such testimony bore on the question of contributory negligence. We are not passing on the alleged negligence of any of the defendants. All concur. (The judgment affirms a judgment of the Rochester City Court dismissing the complaint in an action for damages for personal injuries alleged to have been sustained by reason of the negligent condition of a basement stairway.' Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.

CARL HEROD, an Infant, by WALTER HEROD, His Guardian ad Litem, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Defendant, and GRAVEL PRODUCTS CORPORATION, Appellant. WALTER HEROD, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Defendant, and GRAVEL PRODUCTS CORPORATION, Appellant. — Judgment and order reversed on the law and a new trial granted, with costs to the appellant to abide the event, on the ground that it was error to deny defendant's [appellant's] motion to strike out certain testimony of Dr. Goldstein. (See *Cross* v. *City of Syracuse*, 200 N. Y. 393.) All concur, Harris, J., in result only. (The judgment is in favor of plaintiffs against defendant Gravel Products Corporation, in an automobile negligence action. The order denies appellant's motion for a new trial.) Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.

WILLIE M. LORICK, as Administratrix of the Estate of ROBERT FIELDS, Deceased, Respondent, v. FALLS GARAGE CORPORATION, Appellant, et al., Defendants.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies appellant's motion for a new trial.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

EDWARD J. SMITH, Respondent, v. CRANDALL HORSE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action for damages for personal injuries sustained by plaintiff by reason of his having been kicked by a horse. The order denies a motion for a new trial.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ. [See *post*, p. 809.]